United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11   WAYNE J. ROBERTSON,                                No. C 03-3496 MEJ
12            Plaintiff(s),
13      vs.                                             **NOTICE OF REFEERRAL**
14   R. CUSACK,                                         **ORDER RE: INCLUSION OF CASE INTO E-FILING PROGRAM**
15            Defendant(s).
16                                             /
17
18   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
19        Pursuant to 28 U.S.C. 636(b)(1)(B), this matter has been referred to Judge Maria-Elena
20   James for all purposes including trial and entry of judgment.  All future filings shall reflect the
21   initials "MEJ" after the case number, as designated above.  Please conform your filings  accordingly.
22   The Northern District of California Revised Civil Local Rules shall apply to this case.  The parties
23   shall comply with Judge James' standing order regarding discovery and dispute procedures, a copy
24   of which may be obtained from the Northern District of California's website at
25   http://www.cand.uscourts.gov/.  From the homepage, click on the "Judges" tab on the left margin,
26   then choose Magistrate Judge James.  The Court shall issue a scheduling order upon review of the
27   file in this matter.
28        Further, as all parties are represented by counsel, this case is hereby designated for inclusion

in the e-filing program pursuant to General Order 45 (see the Court's Electronic Case Filing website - ecf.cand.uscourts.gov).  Further, General Order 45 provides at Section IV(A) that "Each attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users must do so immediately.  Forms and instructions for registering can be found on the Court's e-filing website - ecf.cand.uscourts.gov.

Finally, when filing papers that require the Court to take any action (e.g. motions, meet and confer letters, administrative requests), the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by the close of the next court day following the day the papers are filed electronically.  These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with Judge James' name, case number and "E-Filing Chambers Copy."  Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically.

**IT IS SO ORDERED.**

Dated: January 25, 2006

_____
MARIA-ELENA JAMES
United States Magistrate Judge