IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE J. ROBERTSON, | No. C 03-3496 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER CONTINUING HEARING RE: PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| R. CUSACK, | |
| Defendant(s). | |

Currently pending before the Court is plaintiff Wayne Jerome Robertson's Motion for Leave to File First Amended Complaint, with a scheduled hearing date of March 16, 2006. Please take notice that the Court hereby CONTINUES the hearing to March 30, 2006 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. This continuance shall not affect the briefing schedule.

**IT IS SO ORDERED.**

Dated: February 21, 2006

MARIA-ELENA JAMES
United States Magistrate Judge