United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE J. ROBERTSON,<br><br>    Plaintiff(s),<br><br>vs.<br><br>R. CUSACK,<br><br>    Defendant(s). | No. C 03-3496 MEJ<br><br>**ORDER VACATING HEARING RE: PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

    Currently pending before the Court is plaintiff Wayne Jerome Robertson's Motion for Leave to File First Amended Complaint, with a scheduled hearing date of March 30, 2006. Upon review of the parties' papers, the Court finds a hearing unnecessary and hereby VACATES the March 30 hearing date. The Court shall issue an order on Plaintiff's motion forthwith.

    **IT IS SO ORDERED.**

Dated: March 27, 2006

                                             MARIA-ELENA JAMES<br>
                                             United States Magistrate Judge