1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYNE J. ROBERTSON,                          No. C 03-3496 MEJ

        Plaintiff(s),                      **ORDER SCHEDULING CASE**
**MANAGEMENT CONFERENCE**
  vs.
**DECEMBER 14, 2006**
OFFICER ROLF CUSACK, et al.,

        Defendant(s).
_____/

On November 3, 2006, the Court granted defendant Joseph McGrath's motion for reconsideration and dismissed him from this action.  Accordingly, the only claims pending are those against defendant Rolf Cusack.  To facilitate resolution of this case, the Court ORDERS the parties to appear for a Case Management Conference on December 14, 2006 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a joint case management statement by December 7.  In their statement, the parties shall address: (1) whether referral to a magistrate judge for a settlement conference would be beneficial, (2) whether any further discovery needs to take place, and (3) an appropriate schedule for summary judgment and trial dates.  It is preferable that the parties use the undersigned's Joint Case Management Statement and [Proposed] Order, a copy of which may be obtained from the Court's website.

      **IT IS SO ORDERED.**

Dated: November 3, 2006

_____
MARIA-ELENA JAMES
United States Magistrate Judge