IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYNE J. ROBERTSON,

        Plaintiff(s),

vs.

R. CUSACK,

        Defendant(s).

No. C 03-3496 MEJ

**ORDER RE: PRETRIAL AND TRIAL SCHEDULE**

On June 20, 2007, the Court stayed all pretrial and trial dates in this matter pending a further settlement conference. As the parties were unable to settle the remaining claims, the Court shall re-schedule this matter for a jury trial. If the parties and counsel are available, this matter can proceed to trial on March 17, 2008. Accordingly, the Court ORDERS the parties to file a joint statement by September 20, 2007, regarding their availability the week of March 17, 2008. If the parties or either party is unavailable that week, they shall provide proposed dates after March 17 when all parties and counsel are available.

**IT IS SO ORDERED.**

Dated: September 13, 2007

MARIA-ELENA JAMES
United States Magistrate Judge