IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE J. ROBERTSON., | No. C-03-3496 MEJ |
| Plaintiff, | **ORDER STAYING PRETRIAL AND TRIAL DATES** |
| vs. | |
| ROLF CUSACK, | |
| Defendants. | |

Pending before the Court is Defendant's Motion to Dismiss and Motion for Summary Judgment, both with noticed hearing dates on March 6, 2008. Also pending are several pretrial deadlines and dates, including the pretrial conference on March 13, 2008, and a jury trial scheduled to commence on April 14, 2008. Given the short time between the motion hearings and the pretrial/trial dates, the Court STAYS all pretrial and trial dates as scheduled in the September 27, 2007 *Order Rescheduling Pretrial and Trial Dates*. However, should it be necessary after disposition of Defendant's pending motions, the Court shall reschedule all pretrial and trial dates as early as possible.

**IT IS SO ORDERED.**

Dated: February 4, 2008

MARIA-ELENA JAMES
United States Magistrate Judge