1
2
3
4
5               IN THE UNITED STATES DISTRICT COURT
6            FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   WAYNE J. ROBERTSON.,              No. C-03-3496 MEJ

9          Plaintiff,         **ORDER CONTINUING HEARINGS RE:**
                               **DEFENDANT'S MOTION TO DISMISS,**
10    vs.                     **SUMMARY JUDGMENT MOTION**

11   ROLF CUSACK,

12          Defendants.

13   _____/

14       Pending before the Court is Defendant's Motion to Dismiss and Motion for Summary

15   Judgment, both with noticed hearing dates on March 6, 2008.  Please take notice that the Court

16   CONTINUES the hearings to March 13, 2008 at 10:00 a.m. in Courtroom B..

17       **IT IS SO ORDERED.**

18

19   Dated: February 11, 2008             _____

20                          MARIA-ELENA JAMES
                           United States Magistrate Judge

21
22
23
24
25
26
27
28